No. 07-16-00126-CR

| | | |
|---|---|---|
| Dustin Merle Whaley<br>    Appellant | § | From the 47th District Court<br>    of Potter County |
| | § | |
| v. | | October 5, 2016 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 5, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 47th District Court of Potter County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o